UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-09785-SVW-AS | Date | February 28, 2024 |
|---|---|---|---|
| Title | Al Tudor Dupont et al v. Sterling Family Trust et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:** IN CHAMBERS ORDER DISMISSING ACTION

On January 19, 2024, the Court issued an order denying plaintiff's request to proceed without prepayment of the filing fee. Plaintiff was given thirty days, to and including February 18, 2024, to pay the full filing fee. Plaintiff was advised that failure to timely comply with these instructions will result in dismissal of this case.

To date, plaintiff has failed to comply with this Court's order.

The Court orders the case dismissed, without prejudice.

:

Initials of Preparer    PMC